IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSEPH VALLEJO                                                                                          PLAINTIFF

vs.                                         Civil No. 6:16-cv-06028

CAROLYN W. COLVIN                                                                               DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

On August 25, 2016, Joseph Vallejo ("Plaintiff") filed this Unopposed Motion for Voluntary Dismissal.  ECF No. 14.  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 8.  Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Plaintiff has requested a voluntary dismissal, and Defendant has no objections to this Motion. Accordingly, the undersigned **GRANTS** Plaintiff's Motion for Voluntary Dismissal (ECF No. 14) and dismisses Plaintiff's case without prejudice.

**ENTERED this 2nd day of September 2016.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

1