IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSEPH VALLEJO                                                                                          PLAINTIFF

vs.                                            Civil No. 6:16-cv-06028

CAROLYN W. COLVIN                                                                                  DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

In accordance with the Memorandum Opinion entered in the above-styled case on today's date, the Court hereby orders Plaintiff's case **DISMISSED** without prejudice.

**ENTERED this 2nd day of September 2016.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE